**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 942 MAL 2014
:
                   Respondent : 
                           : Petition for Allowance of Appeal from the
                           : Order of the Superior Court
         v. :
:
:
:
JAVIER RAMOS, :
:
                   Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.